541 A.2d 738

**LOWER MERION FRATERNAL ORDER OF POLICE LODGE NUMBER TWENTY–EIGHT, Appellant,**

v.

**TOWNSHIP OF LOWER MERION, Appellee.**

Supreme Court of Pennsylvania.

Reargued Jan. 29, 1987.

Decided May 20, 1988.

Alexander DiSanti, Media, Anthony C. Busillo, II, Harrisburg, amicus for Pa. Lodge of F.O.P.

Gilbert P. High, Jr., Norristown, for Lower Merion Tp.

Before NIX, C.J., and LARSEN, FLAHERTY, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

McDERMOTT and STOUT, JJ., did not participate in the consideration or decision of this case.

HUTCHINSON, Former Justice, did not participate in the decision of this case.

LARSEN, J., filed a dissenting opinion in which PAPADAKOS, J., joined.

LARSEN, Justice, dissenting.

I dissent to the majority's dismissal of this appeal as improvidently granted. I would reach the merits of the appeal and would reverse on the basis of the rationale set forth in my Opinion in Support of Reversal previously filed in this appeal at 511 Pa. 194–200, 512 A.2d 616–619 (joined by Hutchinson and Papadakos, JJ.).

PAPADAKOS, J., joins in this dissenting opinion.